

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MELODY BASYE,<br><br>    Defendant. | Case No. CR 11-492-MWF<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6); 18 U.S.C. § 3143(a)(1)] |

I.

On September 14, 2016, Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release in the above-entitled matter.

Defendant was represented by Fred McCurry, specially appearing for George Buehler, who was appointed from the indigent defense panel to represent Defendant.

The Court has reviewed the Pretrial Services Report and its recommendation of detention, the allegations in the Violation Petition and the Government's Request for Detention.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A.   ☒   Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ Allegations in petition include failing to report for random drug testing on multiple dates shortly after commencing supervision, failing to report to a scheduled office visit with her probation officer, submitting a urine specimen which tested positive for amphetamine use, and failing to notify her probation officer of a change in residence and whereabouts.

B.   ☒   Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:   ☒ criminal history

☒ allegations in the Petition for Revocation which suggest that Defendant has reverted to drug use.                    III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: September 14, 2016

/s/
_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE